# UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia

In re   Fitness Resource, Inc.                         ,
               Debtor

Case No.  _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Street Retail, Inc. 1626 East Jefferson Street Rockville, MD 20852-4041 | Dierdre Johnson, Property Manager 301.998.8100 | Rent - balance of lease term | | 2,728,458.72 |
| Johnson Health Tech NA, Inc. 1600 Landmark Drive Cottage Grove, WI 53527 | Bob Zande 608-839-1258 | Trade debt | | 1,788,586.45 Collateral FMV 0.00 |
| Freedom Bank 10555 Main Street Suite 550 Fairfax, VA 22030 | Craig Underhill, President & CDO 703.667.4161 | Promissory note | | 1,521,368.35 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 9460 West Broad Street Good Earth Investment, LLC 47624 Paulsen Square Sterling, VA 20265 | K. Kang 202.391.7152 | Rent - balance of lease term | | 937,356.12 |
| TransDulles 22714 Glenn LLC c/o Duke Realty, ATTN: VP, Prop Mgmt 4909 Seminary Road, Suite 900 Alexandria, VA 22311 | Tom Lock, Senior Property Manager 703.578.7700 | Lease rejection | | 473,596.00 |
| Sonabank, N.A. 10855 Fairfax Boulevard Fairfax, VA 22030 | James Wyckoff 703.893.7400 ext 117 | Line of credit | | 383,424.80 |
| Pacemaster, LLC 34 Fairfield Place West Caldwell, NJ 07006 | Tom Staub 973.276.9700 ext 102 | Trade debt | | 330,980.17 |
| JWW, LLC of Chantilly 7740 Legere Court McLean, VA 22102 | Jerry Waldrop 703.448.6761 | Lease rejection | | 315,384.00 |
| Octane Fitness, LLC P. O. Box 1521 Minneapolis, MN 55480-1521 | Dennis Lee 763.757.2662 ext 3014 | Trade debt | | 279,927.38 |
| Landice, Inc 111 Canfield Avenue Randolph, NJ 07869 | Greg Savetierre 800.526.3423 | Trade debt | | 216,748.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hoist Fitness<br>9990 Empire Street, Suite 130<br>San Diego, CA 92126 | Jeff Patrick<br>800.548.5438 ext 110 | Trade debt | | 182,045.00 |
| Route Triple Seven, LP<br>c/o Uniwest Commercial Realty<br>8191 Strawberry Lane, Suite 3<br>Falls Church, VA 22042 | Janis Lowden<br>703.698.4040 | Lease rejection | | 178,389.00 |
| Johnson Health Tech NA, Inc.<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | Bob Zande<br>608-839-1258 | Trade debt | | 174,284.96 |
| Frontier Drive Metro Center, LP<br>ATTN: Asset Manager<br>1701 Pennsylvania Ave., NW., Ste 1050<br>Washington, DC 20006-5805 | Michael Agnese, Property Manager<br>443-297-9020 | Lease rejection | | 160,155.00 |
| LeMond Fitness, Inc<br>Dept. CH 19068<br>Palatine, IL 60055-9068 | Kurt Kenney<br>425.482.6773 ext 405 | Trade debt | | 155,019.88 |
| SwanBlossom Investment, LP<br>1335 Canton Road, #D<br>Marietta, GA 30066 | Carole Egan, Property Manager<br>770.422.1434 | Lease rejection | | 144,785.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fredericksburg 35, LLC<br>8405 Greensboro Drive<br>Suite 830<br>McLean, VA 22102-5121 | Judy Overton, Vice President for Lease Administration<br>571.382.1270 | Lease rejection | | 142,764.00 |
| 8334 Leesburg Pike Associates<br>5869 Westheimer Road<br>Houston, TX 77057-5616 | Flora Parvizian<br>832.370.1298 | Lease rejection | | 130,399.00 |
| Acorn Associates L.P. Phase I<br>9302 Lee Highway, Suite 300<br>Fairfax, VA 22031 | John Stevens, Property Manager<br>703.273.9320 | Lease rejection | | 129,012.00 |
| Hampton Fitness Products<br>1913 Portola Road<br>Ventura, CA 93003 | Rob Hornbuckle<br>877.339.9733 ext 16 | Trade debt | | 117,793.15 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    9/8/11

Signature    /s/ David E. Nees

DAVID E. NEES, President