# EXHIBIT A

# DEPOSITORY ACCOUNTS

| | |
|---|---|
| Main Business Account | Wells Fargo Bank, N.A. checking account #0876 |
| Norcross Account | Wells Fargo Bank, N.A. checking account #1236 |
| Main Operating Account | Sonabank, N.A. checking account #1841 |
| Lockbox Account | Sonabank, N.A. checking account #1858 |
| Commercial Credit Card | Sonabank, N.A. checking account #1874 |