UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

In re: )
)
    FITNESS RESOURCE, INC., )     Case No. 11-16630-BFK
)     (Chapter 11)
                Debtor. )

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the hearing on the Debtor's Motion to Reject Unexpired Leases scheduled to be held on September 12, 2011 at 2:00 p.m. has been rescheduled for September 21, 2011 at 11:30 a.m. in Courtroom I, Second Floor, Martin V.B. Bostetter, Jr. United States Courthouse, 200 South Washington Street, Alexandria, Virginia 22314 with respect to the following leases:

| Other Parties to Lease | Description of Leased Premises |
|---|---|
| Fredericksburg 35, LLC<br>8405 Greensboro Drive, Suite 830<br>McLean, VA 22102-5121 | 12101 Amos Lane<br>Fredericksburg, VA 22407 |
| Centro Oper Partnership2 LLC<br>420 Lexington Avenue - 7th Floor<br>New York, NY 10017 | 7651 North Point Parkway<br>Suite 900<br>Alpharetta, GA 30022 |
| Route Triple Seven, LP<br>2900 Telestar Court<br>Falls Church, VA 2042-1206 | 21031 Tripleseven Road<br>Sterling, VA 20165 |
| Acorn Associates L.P. Phase I<br>9302 Lee Highway, Suite 300<br>Fairfax, VA 22031-1214 | 2946-I Chain Bridge Road<br>Oakton, VA 22124 |
| Dickens Place LLC<br>c/o The Wilton Companies<br>4901 Dickens Road, Suite 100<br>Richmond, VA 23230-1952 | 6403-G Dickens Place<br>Richmond, VA 23230 |

| | |
|---|---|
| Date:  September 13, 2011 | /s/ Kermit A. Rosenberg |
| | Kermit A. Rosenberg (VSB #14975) |
| | Butzel Long Tighe Patton, PLLC |
| | 1747 Pennsylvania Avenue, N.W., Suite 300 |
| | Washington, D.C. 20006-4604 |
| | Telephone: 202.454.2800 |
| | Facsimile:  202.454.2805 |
| | Email: krosenberg@bltplaw.com |
| | Proposed Counsel for Debtor |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, true copies of the foregoing Notice were served electronically using the Court's Electronic Case Filing System upon all parties entitled to such notice and upon the Debtor, the United States Trustee, and the following by first class mail, postage prepaid:

Fredericksburg 35, LLC
8405 Greensboro Drive
Suite 830
McLean, VA 22102-5121

Centro Oper Partnership2 LLC
420 Lexington Avenue - 7th Floor
New York, NY 10017

Route Triple Seven, LP
2900 Telestar Court
Falls Church, VA 2042-1206

Acorn Associates L.P. Phase I
9302 Lee Highway, Suite 300
Fairfax, VA 22031-1214

Dickens Place LLC
c/o The Wilton Companies
4901 Dickens Road, Suite 100
Richmond, VA 23230-1952

    /s/ Kermit A. Rosenberg
KERMIT A. ROSENBERG