UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| FITNESS RESOURCE, INC., ) | Case No. 11-16630-BFK |
| ) | (Chapter 11) |
| Debtor. ) | |

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the hearing on the Debtor's Motion to Reject Unexpired Leases scheduled to be held on September 12, 2011 at 2:00 p.m. has been rescheduled for October 4, 2011 at 11:00 a.m. in Courtroom I, Second Floor, Martin V.B. Bostetter, Jr. United States Courthouse, 200 South Washington Street, Alexandria, Virginia 22314 with respect to the following leases and subleases:

| Other Parties to Lease | Description of Leased Premises |
|---|---|
| Zebra Properties LLC<br>P.O. Box 420066<br>Atlanta, GA 30342 | 2979 Peachtree Road<br>Atlanta, GA 30305 |
| JWW, LLC of Chantilly<br>7740 Legere Court<br>McLean, VA 22102 | 14008 Lee Jackson Highway<br>Chantilly, VA 20501 |
| York and Park Associates<br>1258 Henry Street<br>Baltimore, MD 21230 | 9709 York Road<br>Cockeysville, MD 21045 |
| Mill Creek DEI, LLC<br>6200 Dutchmans Lane<br>Suite 3307<br>Louisville, KY 40205 | 3310 Buford Drive<br>Buford, GA 30519 |

1

| | |
|---|---|
| KR Smoketown Station, LP<br>3333 New Hyde Park Rd., Suite 100<br>P.O. Box 5020<br>New Hyde Park, NY 1102-0020 | 13900 Shoppers Way<br>Woodbridge, VA 22192 |
| Jefferson Joint Venture<br>11201 Rockville, Pike, Third Level<br>North Bethesda, MD 20895 | 12232 Rockville Pike<br>Rockville, MD 20852 |
| SwanBlossom Investment, LP<br>1335 Canton Road, #D<br>Marietta, GA 30066 | 1165 Perimeter Center West<br>Atlanta, GA 30338 |
| Frontier Drive Metro Center, LP<br>1430 Joph Avenue, #A<br>Baltimore, MD 21227-1037 | 6575-T Frontier Drive<br>Springfield, VA22150 |
| 8334 Leesburg Pike Associates<br>5869 Westheimer Road<br>Houston, TX 77057-5616 | 8334-A Leesburg Pike<br>Vienna, VA 22182 |
| TransDulles 22714 Glenn LLC<br>c/o Duke Realty Corporation<br>ATTN: VP, Property Management<br>4909 Seminary Road, Suite 3205<br>Alexandria, VA 22311 | 22714 Glenn Drive<br>Sterling, VA 20164 |
| Floors USA, Inc.<br>21031 Tripleseven Road<br>Sterling, VA 20165 | 36.7% portion of<br>21031 Tripleseven Road<br>Sterling, VA 20165 |
| Mattress Discount Group LLC<br>14008 Lee Jackson Highway<br>Chantilly, VA 20151 | 26.7% portion of<br>14008 Lee Jackson Highway<br>Chantilly, VA 20151 |

Date:  September 13, 2011                  /s/ Kermit A. Rosenberg
                                                          Kermit A. Rosenberg (VSB #14975)
                                                          Butzel Long Tighe Patton, PLLC
                                                          1747 Pennsylvania Avenue, N.W., Suite 300
                                                          Washington, D.C. 20006-4604
                                                          Telephone: 202.454.2800
                                                          Facsimile:  202.454.2805
                                                          Email: krosenberg@bltplaw.com
                                                          Proposed Counsel for Debtor

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2011, true copies of the foregoing Notice were served electronically using the Court's Electronic Case Filing System upon all parties entitled to such notice and upon the Debtor, the United States Trustee, and the following by first class mail, postage prepaid:

Zebra Properties LLC
P.O. Box 420066
Atlanta, GA 30342

JWW, LLC of Chantilly
7740 Legere Court
McLean, VA 22102

York and Park Associates
1258 Henry Street
Baltimore, MD 21230

Mill Creek DEI, LLC
6200 Dutchmans Lane
Suite 3307
Louisville, KY 40205

KR Smoketown Station, LP
3333 New Hyde Park Rd., Suite 100
P.O. Box 5020
New Hyde Park, NY 1102-0020

Jefferson Joint Venture
11201 Rockville, Pike, Third Level
North Bethesda, MD 20895

SwanBlossom Investment, LP
1335 Canton Road, #D
Marietta, GA 30066

Frontier Drive Metro Center, LP
1430 Joph Avenue, #A
Baltimore, MD 21227-1037

8334 Leesburg Pike Associates
5869 Westheimer Road
Houston, TX 77057-5616

TransDulles 22714 Glenn LLC
c/o Duke Realty Corporation

3

ATTN: VP, Property Management
4909 Seminary Road, Suite 3205
Alexandria, VA 22311

Floors USA, Inc.
21031 Tripleseven Road
Sterling, VA  20165

Mattress Discount Group LLC
14008 Lee Jackson Highway
Chantilly, VA 20151

          /s/ Kermit A. Rosenberg
KERMIT A. ROSENBERG