# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re:

**FITNESS RESOURCE, INC.**
Debtor

Case No. 11-16630-BFK

Chapter 11

## NOTICE OF APPEARANCE

    WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Michael T. Driscoll on behalf of W. Clarkson McDow, Jr., United States Trustee, Region Four.

September 15, 2011

W. Clarkson McDow, Jr.
United States Trustee for
Region Four

/s/ Michael T. Driscoll
By: Michael T. Driscoll,
Trial Attorney
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7176