B9F ALT (Official Form 9F ALT) (Chapter 11 Corporation/Partnership Case) (12/07)    Case Number **11–16630–BFK**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation Publicly Held listed below was filed on September 9, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:    The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fitness Resource, Inc.
22714 Glenn Drive
Suite 130
Sterling, VA 20164

| | |
|---|---|
| Case Number:   11–16630–BFK<br>Office Code:   1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>54–0900111 |
| Attorney for Debtor(s) (name and address):<br>Kermit A. Rosenberg<br>Butzel Long Tighe Patton, PLLC<br>1747 Pennsylvania Avenue, NW<br>Third Floor<br>Washington, DC 20006–4604<br>Telephone number:  (202) 454–2800 | |

### Meeting of Creditors
Date:  **October 17, 2011**                                              Time:  **03:00 PM**
Location:   **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim. Use Attached Claim Form and File by Deadline below:**
For all creditors (except a governmental unit):   **January 17, 2012**            For a governmental unit:   **March 7, 2012**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**
December 16, 2011

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date:  9/15/11 |

## EXPLANATIONS     >B9F ALT (Official Form 9F ALT) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §§ 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§ 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:                                                        Case Number:    11−16630−BFK
                                                              Chapter    11

Fitness Resource, Inc.

Social Security/Taxpayer ID/Employer ID/Other Nos.:

54−0900111

           Debtor(s)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM
## AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is January 17, 2012 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until March 7, 2012, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated:    September 15, 2011                                **FOR THE COURT:**

Proof of Claim page for Chapter 11                          William C. Redden
                                                            Clerk of the Bankruptcy Court

**ANY ATTACHMENTS MUST BE 8 1/2 BY 11"**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Eastern District of Virginia | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Fitness Resource, Inc. | Case Number: 11-16630 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 11-16630-BFK
Fitness Resource, Inc.                                                              Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: palmerd           Page 1 of 4           Date Rcvd: Sep 15, 2011
                              Form ID: B9F            Total Noticed: 173

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2011.
```
db          +Fitness Resource, Inc.,    22714 Glenn Drive,   Suite 130,   Sterling, VA 20164-4482
aty          Constantinos G. Panagopoulos,    Ballard Spahr, LLP,    601 13th Street, NW,   Suite 1000 South,
             Washington, DC 20005-3807
aty          Kermit A. Rosenberg,    Butzel Long Tighe Patton, PLLC,    1747 Pennsylvania Avenue, NW,
             Third Floor,   Washington, DC 20006-4604
aty         +Lawrence J. Anderson,    Pels, Anderson LLC,    4833 Rugby Avenue,   4th Floor,
             Bethesda, MD 20814-3035
aty         +William H. Schwarzschild, III,    Williams Mullen,   1021 East Cary St.,16th Floor,
             P.O. Box 1320,   Richmond, VA 23218-1320
cr          +Centro Properties Group,    c/o David L. Pollack,    Ballard Spahr LLP,
             1735 Market Street, 51st Floor,    Philadelphia, PA 19103-7599
desig       +David E. Ness,   22714 Glenn Drive, Ste. 130,    Sterling, VA 20164-4482
cr          +Federal Realty Investment Trust,    c/o David L. Pollack,    Ballard Spahr LLP,
             1735 Market Street, 51st Floor,    Philadelphia, PA 19103-7599
cr           Frontier Drive Metro Center, LP,    1701 Pennsylvania Ave., NW,   Suite 1050,
             Washington, DC 20006-5805
cr          +The Freedom Bank of Virginia,    The Freedom Bank of Virginia,    10555 Main Street,
             Fairfax, VA 22030-3309
10685481     8334 Leesburg Pike Associates,    5869 Westheimer Road,   Houston, TX 77057-5616
10685483    +9460 West Broad Street,   Good Earth Investment, LLC,    47624 Paulsen Square,
             Sterling, VA 20165-5182
10685484    +9460 West Broad Street,   Good Earth Investment, LLC,    717 Gouldman Lane,
             Great Falls, VA 22066-2936
10685485    +Ab Coaster, LLC,   PO BOX 9,   Chester, NJ 07930-0009
10685486    +Acorn Associates L.P. Phase I,    9302 Lee Highway, Suite 300,   Fairfax, VA 22031-6052
10685488    +Allied Waste Service #029,    P.O. Box 9001099,   Louisville, KY 40290-1099
10685490    +Assembly Required,    3630 Southwick Drive,   Kennesaw, GA 30144-5402
10685493     Automatic Data Processing,    P.O. Box 9001006,   Louisville, KY 40290-1006
10685498    +BH North America,    P. O. Box 86242,   Los Angeles, CA 90086-0242
10685494     Baltimore Gas & Electric Co.,    PO Box 13070,   Philadelphia, PA 19101-3070
10685495    +Beacon Atando, LLC,    9300 Harris Corners Pkwy,   Suite 100,   Charlotte, NC 28269-3802
10685497    +Bethesda Massage LLC,    7033 Arlington Road,   Bethesda, MD 20814-5230
10685499    +Broadcast Vision Entertainment,    463 Pennsfield Place, Suite 103,    Thousand Oaks, CA 91360-5571
10685500    +CamelBak Products Inc.,    PO Box 6000,   San Francisco, CA 94160-0001
10685501    +CardioVision,    2760 Beverly Drive, Suite 3,   Aurora, IL 60502-8604
10685502    +Centro Oper Partnership2 LLC,    c/o Centro Properties Group,    420 Lexington Avenue-7th Floor,
             New York, NY 10170-0799
10685504    +CleanNet,    9861 Broken Land Pkwy, Suite 208,    Columbia, MD 21046-1185
10685505     Clipper Mill Auto,    3515-D Clipper Mill Road,   Baltimore, MD 21211
10685506    +Coast 2 Coast Fitness Solution,    11107 Fairfax Station Road,   Fairfax, VA 22039-1015
10685507    +Coastal Fitness Equipment,    6317 Morrow Road,   Wilmington, NC 28412-2679
10685508     Cobalt Industrial REIT II,    5 Concourse Parkway, Suite 3000,   Atlanta, GA 30328-7106
10685509     Cobalt Insustrial REIT II,    5 Concourse Parkway, Suite 3000,   Atlanta, GA 30328-7106
10685510     Comcast,    PO Box 3005,   Southeastern, PA 19398-3005
10685511     Comcast Spotlight - Atlanta,    PO Box 930814,   Atlanta, GA 31192-0814
10685512     Crystal Springs,    PO Box 660579,   Dallas, TX 75266-0579
10685513    +Cunningham Associates, Inc.,    P.O. Box 240981,   Charlotte, NC 28224-0981
10685523    ++DOMINION VIRGINIA POWER,    PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
            (address filed with court: Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0001)
10685514    +Dahlia Design,    42747 Explorer Drive,   Ashburn, VA 20148-7279
10685515    +David E. Nees,    10713 Kelley Drive,   Fairfax VA 22030-4412
10685516    +David E. Nees,    Carla Nees,   10713 Kelley Drive,   Fairfax VA 22030-4412
10685520    +Del-Ray Glass Co., Inc,    6621 Richmond Highway,   Alexandria, VA 22306-6602
10685521    +Dickens Place LLC,    c/o The Wilton Companies,   4901 Dickens Road, Suite 100,
             Richmond, VA 23230-1952
10685528    +Duke Power,    PO Box 70516,   Charlotte, NC 28272-0516
10685530    +ERC Wiping Products, Inc.,    19 Bennett Street,   Lynn, MA 01905-3001
10685529    +Ecore International,    715 Fountain Avenue,   Lancaster, PA 17601-4547
10685531    +Eric Coryer,    5605 Chestatee Landing Drive,   Gainesville, GA 30506-6818
10685532    +Exercise Parts and Supplies,    4637 West 159th Street,   Lawndale, CA 90260-2516
10685539    +FR Midlothian Properties, LLC,    22714 Glenn Drive, Suite 130,   Sterling, VA 20164-4482
10685533     Fairfax Water,    PO Box 71076,   Charlotte, NC 28272-1076
10685534     Fidelity Security Life Ins.,    PO Oox 632530,   Cincinnatti, OH 45263-2530
10685535    +Fitness Distributors Inc.,    4680-18i Monticello avenue,   PMB 137,    Williamsburg, VA 23188-8214
10685536    +Fitness Equipment Stores, LLC,    22714 Glenn Drive, Suite 130,   Sterling, VA 20164-4482
10685537    +Fleet Authority,    3170 Draper Drive,   Rear Bay 10,   Fairfax, VA 22031-5113
10685538    +Floors USA, Inc.,    21031 Tripleseven Road,   Sterling, VA 20165-8715
10685540    +Fredericksburg 35, LLC,    8405 Greensboro Drive,   Suite 830,   McLean, VA 22102-5121
10685541    +Freedom Bank,    10555 Main Street,   Suite 550,   Fairfax, VA 22030-3311
10685542     Frontier Drive Metro Center, LP,    ATTN: Asset Manager,   1701 Pennsylvania Ave., NW., Ste 1050,
             Washington, DC 20006-5805
10685544    +Gables Midtown,    1925 Monroe Drive,   Atlanta, GA 30324-7800
10685545     Gaiam Americas,    Dept. 1384,   Denver, CO 80291-1384
10685546    +Gardner Webb University,    PO Box 997,   Boiling Springs, NC 28017-0997
```

Case 11-16630-BFK   Doc 41   Filed 09/17/11   Entered 09/18/11 00:26:38   Desc Imaged
Certificate of Service   Page 8 of 10

```
District/off: 0422-9           User: palmerd              Page 2 of 4               Date Rcvd: Sep 15, 2011
                               Form ID: B9F              Total Noticed: 173

10685547       Georgia Power,    96 Annex,    Atlanta, GA 30396-0001
10685550      +Gerber's Inc,    200 Cockeysville Road,    PO Box 942,    Cockeysville, MD 21030-0942
10685551      +Hampton Fitness Products,    1913 Portola Road,    Ventura, CA 93003-8030
10685552      +Hoist Fitness,    9990 Empire Street, Suite 130,    San Diego, CA 92126-4200
10685553      +Humane Manufacturing Co.,    805 Moore Street,    Baraboo, WI 53913-2716
10685554      +Industrial Disposal Services,    9120 Developers Drive,    Manassas, VA 20109-5465
10685555      +Integrity Transportation Services,    1611 Cregon Court,    Lawrenceville, GA 30043-6995
10685556      +Intek Strength,    PO Box 430,    Herrin, IL 62948-0430
10685557      +Intellbell, Inc.,    1071 32nd Ave, N.W.,    Owatonna, MN 55060-4829
10685559      +Ivey Mechanical Company, Inc.,    4554 Stonegate Industrial Blvd.,    Suite C,
                Stone Mountain GA 30083-1915
10685568      +JWW, LLC of Chantilly,    7740 Legere Court,    McLean, VA 22102-4791
10685560      +James E. Autry, Esq.,    Culin, Sharp, Autry & Day, P.L..C.,    4124 Leonard Drive,
                Fairfax, VA 22030-5118
10685561      +Jamis Bicycles,    151 Ludlow Avenue,    Northvale, NJ 07647-2305
10685562       Jefferson Joint Venture,    c/o Lerner Corporation,    2000 Tower Oaks Blvd., FL 8,
                Rockville, MD 20852-4284
10685564      +John Thomas,    1425 Oakbrook Drive,    Suite 100,    Norcross, GA 30093-2230
10685565      +Johnson Health Tech NA, Inc.,    1600 Landmark Drive,    Cottage Grove, WI 53527-8967
10685567      +Junckers Hardwood, Inc.,    95 Grand Street, #3,    New York, NY 10013-5902
10685572       KIR Smoketown Station, LP,    3333 New Hyde Park Rd., Ste. 100,    P.O. Box 5020,
                New Hyde Park, NY 11042-0020
10685573      +KIR Smoketown Station, LP,    Mid-Adlantic Region,    1954 Greenspring Drive, Suite 330,
                Timonium, MD 21093-4111
10685570      +Kevin M. O'Donnell, Esq.,    Henry & O'Donnell, P.C.,    300 North Washington Street, Suite 204,
                Alexandria, VA 22314-2530
10685571      +Kimel Company Inc.,    11257 S. Glen Road,    Suite A,    Potomac, MD 20854-1847
10685576       LeMond Fitness, Inc    Dept. CH 19068,    Palatine, IL 60055-9068
10685575      +Legend Fitness,    140 Richardson Way,    Maynardville, TN 37807-3800
10685577      +Louis Garneau,    1352 East Main Street,    Box 755,    Newport, VT 05855-9463
10685579      +M & E Services, Inc,    dba Fit Repairs,    P. O. Box 2507,    Chester, VA 23831-8449
10685580      +M. E. Tudor Equipment Services,    8055 Crimson Leaf Court,    Gainesville, VA 20155-1738
10685581      +Marcher Consultants, Inc.,    8230 Leesburg Pike,    Suite 610,    Vienna, VA 22182-2641
10685582      +Mattress Discount Group LLC,    14008 Lee Jackson Highway,    Chantilly, VA 20151-1602
10685583      +Maxwell Ocansey,    2704 Silkwood Court,    Oakton, VA 22124-1453
10685584      +McKenzie Services Inc.,    7386 Guilford Road,    Clarksville, MD 21029-1625
10685585      +Mill Creek DEI, LLC,    6200 Dutchmans Lane, Suite 207,    Louisville, KY 40205-3285
10685586      +Mill Creek DEI, LLC,    6200 Dutchmans Lane, Suite 3307,    Louisville, KY 40205-3271
10685587       Monster Worldwide, Inc.,    PO Box 90364,    Chicago, IL 60695-0034
10685588       Moody & Associates, Inc.,    22601 Gateway Center Drive,    Clarksburg, MD 20871-2002
10685589      +National Gymn Supply, Inc.,    550 W. 83rd Street,    Los Angeles, CA 90044
10685590       Nautilus, Inc.,    Dept CH 16391,    Palatine, IL 60055-6391
10685591       Octane Fitness, LLC,    P. O. Box 1521,    Minneapolis, MN 55480-1521
10685592       Office Depot Credit Plan,    Dept.56-2610051792,    PO Box 9020,    Des Moines, IA 50368-9020
10685593       Old Dominion Freight Line, Inc.,    PO Box 198475,    Atlanta, GA 30384-8475
10685594      +Omnipoint Communications CAP Operattions,    7029 Arlington Road,    Bethesda, MD 20814-5230
10685599       PEPCO,    PO Box 4863,    Trenton, NJ 08650-4863
10685595      +Pacemaster, LLC,    34 Fairfield Place,    West Caldwell, NJ 07006-6209
10685596       Paramount Fitness Equipment,    6450 East Bandini Blvd.,    Los Angeles, CA 90040-3185
10685597       Penske Truck Leasing,    P.O. Box 532658,    Atlanta GA  30353-2658
10685601       Pilot Media,    PO Box 79917,    Baltimore, MD 21279-0917
10685602      +Post - Newsweek Media,    PO Box 2381,    Baltimore, MD 21203-2381
10685603       Potomac Disposal Services,    PO Box 841758,    Dallas, TX 75284-2758
10685604       Power Systems,    P. O. Box 51030,    Knoxville, TN 37950-1030
10685605      +Pro-Elite Strength System,    2930 W. Directors Row,    Salt Lake City, UT 84104-4549
10685606       Purchase Power,    PO Box 371874,    Pittsburgh, PA 15250-7874
10685607      +Q's Fitness Services,    PO Box 335,    Oak Ridge, NC 27310-0335
10685608      +Quantum Fitness,    10245 West Airport Blvd.,    Stafford, TX 77477-3300
10685609      +RAVX Inc.,    2591 Pioneer Ave.,    Suite A,    Vista, CA 92081-8415
10685615      +RMS Fitness Equipment Service,    4304 East Joppa Road,    Baltimore, MD 21236-1744
10685610      +Raytheon Company,    4101 E. Plano Pkwy,    Mail Stop 334,    Plano, TX 75074-1814
10685611       Richmond Times-Dispatch,    PO Box 27775,    Richmond, VA 23261-7775
10685612      +Rick Hendrick Chevrolet,    3277 Satellite Blvd.,    Duluth, GA 30096-9094
10685613      +River Place,    1011 Arlington Blvd.,    Suite 340,    Arlington, VA 22209-2242
10685614       Riviera Finance,    PO Box 320243,    Des Moines, IA 50331-0243
10685616      +Robert Colls,    400 Hounds Chase,    Yorktown,VA 23693-3354
10685617      +Robert Webber,    406 Hawthorne Rd.,    Linthicum, MD 21090-2308
10685618       Rocky Mountain Bicycle,    2095 25th Avenue,    St. Georges de Beauce QC,    Canada G6A1A1
10685620      +Route Triple Seven, LP,    c/o Uniwest Commercial Realty,    8191 Strawberry Lane, Suite 3,
                Falls Church, VA 22042-1032
10685619       Route Triple Seven, LP,    2900 Telestar Court,    Falls Church, VA 22042-1206
10685621      +SCIFIT Ltd. Co.,    5151 S. 110th East Ave.,    Tulsa, OK 74146-5840
10685639     ++SUPERMATS INC,    19175 INDUSTRIAL BLVD,    SUITE A,    ELK RIVER MN 55330-2726
               (address filed with court: Supermats, Inc.,     19175 Industrial Blvd.,    Suite A,
                Elk River, MD 55300-2438)
10685622      +Scott B. Fleming, Esq.,    Weiss Berzowski Brady LLP,    700 N. Water Street,
                Milwaukee, WI 53202-4222
10685623      +Scott Garner,    388 Carter Lumber Plant Rd.,    Denton NC 27239-7610
10685624      +Scotty Signs, Inc.,    5948 Jefferson Ave.,    Newport News, VA 23605-3232
10685625      +Sew Cool Embroidery,    2115 Emerald Hill Rd.,    Sperryville, VA 22740-1733
```

```
District/off: 0422-9          User: palmerd              Page 3 of 4                   Date Rcvd: Sep 15, 2011
                              Form ID: B9F               Total Noticed: 173

10685626        Shuler Floring Inc.,    1170 Lance Rd.,    Suite 308,    Norfolk, VA 23502-2454
10685627       +Smart Shopper, Inc.,    1777 Reisterstown Road,    Suite 240,    Baltimore, MD 21208-1343
10685628       +Sonabank, N.A.,    10855 Fairfax Boulevard,    Fairfax, VA 22030-4300
10685631       +Sonabank, N.A.,    PO Box 7078,    Crosslanes, WV 25356-0078
10685632        Spirit Manufacturing, Inc,    P. O. Box 80118,    City of Industry, CA 91716-8118
10685633       +Steve Saylor,    289 Hemlock Trail,    Monroe, VA 24574-3041
10685634       +Steve Zimmerman,    339 Maple Avenue,    Baltimore, MD 21221-3748
10685635       +Steven Shawn Renfrow,    8153 Silverberry Way,    Vienna, VA 22182-5300
10685636       +Storm Water Management,    8345 A Beechcraft Ave.,    Gaithersburg, MD 20879-5526
10685637        Street Retail, Inc.,    1626 East Jefferson Street,    Rockville, MD 20852-4041
10685640       +SwanBlossom Investment, LP,    1335 Canton Road, #D,    Marietta, GA 30066-6053
10685641       +SwanBlossom Investment, LP,    1335 Canton Roaed, #D,    Marietta, GA 30066-6053
10685646        TKO Sports Group USA Ltd,    PO Box 908,    Bloomfield Hills, MI 48303-0908
10685643       +Theresa Kramer,    12020 Deer Bite Ct,    Glen Arm, MD 21057-9107
10685644       +Tiffany Enterprises Websites,    13968 N. 88th Place,    Scottsdale, AZ 85260-7066
10685645        Timonium North Self Storage,    PO Box 64803,    Baltimore, MD 21264-4803
10685647        TransDulles 22714 Glenn LLC,    4909 Seminary Road,    Suite 900,    Alexandria, VA 22311
10685648        TransDulles 22714 Glenn LLC,    c/o Duke Realty Corporation,    4909 Seminary Road, Suite 900,
                 Alexandria, VA 22311
10685649        UNC Campus Recreation,    201 Campus Recreation Center,    Chapel Hill, NC 27599-8610
10685650        United Parcel Service,    PO Box 7247-0244,    Philadelphia, PA 19170-0001
10685652       +Vectra Fitness, Inc.,    7901 South 190th Street,    Kent, WA 98032-2520
10685661       +Vincent DErcole,    3150 Indian Lane,    Reno, NV 89506-8659
10685666       +WJLA-TV,    1100 Wilson Blvd, 6th Floor,    Arlington, VA 22209-2249
10685667        WJZ-TV,    P. O. Box 905892,    Charlotte, NC 28290-5892
10685668        WRC-TV NBC,    PO Box 402492,    Atlanta, GA 30384-2492
10685670        WXIA-TV,    PO Box 637392,    Cincinnatti, OH 45263-7392
10685662        Waste Management of Atlanta,    Antlanta Hauling,    PO Box 105453,    Atlanta, GA 30348-5453
10685663        Waste Management of NOVA,    PO Box 13648,    Philadelphia, PA 19101-3648
10685664        Windstream,    PO Box 9001908,    Louisville, KY 40290-1908
10685665        Winven Realty, LLC,    10 Rye Ridge Plaza, Suite 200,    Rye Brook, NY 10573-2828
10685675        YPM, Inc.,    1800 Von Karman AVe.,    Suite 200,    Irvine, CA 92612
10685671       +Yakima Products, Inc.,    25091 Network Place,    Chicago, IL 60673-1250
10685674       +York Barbell Company,    3300 Board Road,    York, PA 17406-8409
10685672       +York and Park Associates,    1258 Henry Street,    Baltimore, MD 21230-4338
10685676       +Zebra Properties LLC,    P.O. Box 420066,    Atlanta, GA 30342-0066
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10685491        EDI: ATTWIREBK.COM Sep 16 2011 03:18:00      AT&T,    P.O. Box 105262,    Atlanta, GA 30348-5262
10685489        EDI: AMEREXPR.COM Sep 16 2011 03:18:00      American Express,    P. O. Box 1270,
                 Newark, NJ 07101-1270
10685558        E-mail/Text: mglover@bibank.com Sep 16 2011 03:51:12      Interstate Billing Service,    Dept 1265,
                 PO Box 2153,    Birmingham, AL 35287-1265
10685574       +E-mail/Text: dave@landice.com Sep 16 2011 03:37:53      Landice, Inc,    111 Canfield Avenue,
                 Randlolph, NJ 07869-1130
10685578        EDI: RMSC.COM Sep 16 2011 03:18:00      Lowe’s Business Account,    PO Box 530970,
                 Atlanta, GA 30353-0970
10685642       +E-mail/Text: newacct@washpost.com Sep 16 2011 03:55:15      The Washington Post,
                 1150 15th Street, NW,    Washington, DC 20071-0002
10685653        EDI: AFNIVZCOMBINED.COM Sep 16 2011 03:18:00      Verizon,    PO Box 660720,
                 Dallas, TX 75266-0720
10685669        E-mail/Text: TVCOLLECTIONS@BELO.COM Sep 16 2011 03:39:24      WVEC,    PO Box 905313,
                 Charlotte, NC 28290-5313
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10685482*       8334 Leesburg Pike Associates,    5869 Westheimer Road,    Houston, TX 77057-5616
10685492*       AT&T,    P.O. Box 105262,    Atlanta, GA 30348-5262
10685487*      +Acorn Associates L.P. Phase I,    9302 Lee Highway, Suite 300,    Fairfax, VA 22031-6052
10685496*      +Beacon Atando, LLC,    9300 Harris Corners Pkwy,    Suite 100,    Charlotte, NC 28269-3802
10685503*      +Centro Oper Partnership2 LLC,    c/o Centro Properties Group,    420 Lexington Avenue-7th Floor,
                 New York, NY 10170-0799
10685524*     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court:  Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0001)
10685525*     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court:  Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0001)
10685526*     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court:  Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0001)
10685527*     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court:  Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0001)
10685517*      +David E. Nees,    Carla Nees,    10713 Kelley Drive,    Fairfax VA 22030-4412
10685518*      +David E. Nees,    Carla Nees,    10713 Kelley Drive,    Fairfax VA 22030-4412
10685519*      +David E. Nees,    Carla Nees,    10713 Kelley Drive,    Fairfax VA 22030-4412
10685522*       Dickens Place LLC,    c/o The Wilton Companies,    4901 Dickens Road, Suite 100,
                 Richmond, VA 23230-1952
10685543*       Frontier Drive Metro Center, LP,    ATTN: Asset Manager,    1701 Pennsylvania Ave., NW., Ste 1050,
                 Washington, DC 20006-5805
10685548*       Georgia Power,    96 Annex,    Atlanta, GA 30396-0001
10685549*       Georgia Power,    96 Annex,    Atlanta, GA 30396-0001
10685569*      +JWW, LLC of Chantilly,    7740 Legere Court,    McLean, VA 22102-4791
```

```
District/off: 0422-9          User: palmerd              Page 4 of 4                   Date Rcvd: Sep 15, 2011
                              Form ID: B9F               Total Noticed: 173


              ***** BYPASSED RECIPIENTS (continued) *****
 10685563*     Jefferson Joint Venture,    c/o Lerner Corporation,    2000 Tower Oaks Blvd., FL 8,
                Rockville, MD 20852-4284
 10685566*    +Johnson Health Tech NA, Inc.,    1600 Landmark Drive,    Cottage Grove, WI 53527-8967
 10685600*     PEPCO,   PO Box 4863,    Trenton, NJ 08650-4863
 10685598*     Penske Truck Leasing,    P.O. Box 532658,    Atlanta GA  30353-2658
 10685629*    +Sonabank, N.A.,    10855 Fairfax Boulevard,    Fairfax, VA 22030-4300
 10685630*    +Sonabank, N.A.,    10855 Fairfax Boulevard,    Fairfax, VA 22030-4300
 10685638*     Street Retail, Inc.,    1626 East Jefferson Street,    Rockville, MD 20852-4041
 10685654*     Verizon,   PO Box 660720,    Dallas, TX 75266-0720
 10685655*     Verizon,   PO Box 660720,    Dallas, TX 75266-0720
 10685656*     Verizon,   PO Box 660720,    Dallas, TX 75266-0720
 10685657*     Verizon,   PO Box 660720,    Dallas, TX 75266-0720
 10685658*     Verizon,   PO Box 660720,    Dallas, TX 75266-0720
 10685659*     Verizon,   PO Box 660720,    Dallas, TX 75266-0720
 10685660*     Verizon,   PO Box 660720,    Dallas, TX 75266-0720
 10685673*    +York and Park Associates,    1258 Henry Street,    Baltimore, MD 21230-4338
 10685677*    +Zebra Properties LLC,    P.O. Box 420066,    Atlanta, GA 30342-0066
 10685651    ##+USA Sports, Inc.,   10600 Shadow Wood Dr.,    Houston, TX 77043-2848
                                                                                             TOTALS: 0, * 33, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2011**                           **Signature:**   _Joseph Speetjens_