UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| : | Chapter 11 |
| **FITNESS RESOURCE, INC.,** : | |
| : | Case No. 11-16630-BFK |
| Debtor. : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin M. O'Donnell, Jeffrey T. Martin, Jr. and the firm of Henry & O'Donnell, P.C. ("Counsel") hereby appear in the above-captioned proceeding as counsel to Sonabank; and such counsel hereby enter their appearance and request pursuant to, *inter alia,* Section 342, 1128 of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or filed in this proceeding be given and served upon:

> Kevin M. O'Donnell
> Jeffrey T. Martin, Jr.
> HENRY & O'DONNELL, P.C.
> 300 N. Washington Street
> Suite 204
> Alexandria, VA 22314
> Telephone:   703-548-2100
> Facsimile:   703-548-2105
> Email:       kmo@henrylaw.com
>              jtm@henrylaw.com

Dated: September 20, 2011        /s/ Kevin M. O'Donnell
                                 Kevin M. O'Donnell, VSB # 30086
                                 Jeffery T. Martin, Jr., VSB # 71860
                                 Henry, O'Donnell, Dahnke & Walther, P.C.
                                 4103 Chain Bridge Road, Suite 100
                                 Fairfax, VA 22030
                                 (703) 273-1900
                                 Counsel for Sonabank

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing notice was served via the electronic case filing system and mailed, postage pre-paid, to the U.S. Trustee and counsel to the Debtor at their addresses of record in this proceeding.

      /s/ Kevin M. O'Donnell
      Kevin M. O'Donnell