**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0210 - Adobe PDF

**B6A (Official Form 6A) (12/07)**

In re    Fitness Resource, Inc.                                    Case No.    11-16630-BFK
_____                              _____
              **Debtor**                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Ground lease - 7025 Arlington Road, Bethesda, MD 20814 | Leasehold (ground) | | 517,000.00 | 421,245.68 |
| | | Total ➤ | 517,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re ___Fitness Resource, Inc._____   Case No. ___11-16630-BFK___
   **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | U.S. currency | | 7,341.30 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking 0876 (Main Business) | | 11,460.65 |
| | | Sonabank checking 1841 (Main Operating) | | 36,911.42 |
| | | Sonabank checking 1858 (Lockbox) | | 173,884.29 |
| | | Sonabank checking 1874 (Commercial Credit Card) | | 21,696.67 |
| | | Wells Fargo checking 1236 (Norcross) | | 817.71 |
| | | Certificate of deposit | | 200,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Landlord security deposits | | 203,000.00 |
| | | Utility security deposits | | 3,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-303X-0320\0 - Adobe PDF

In re   Fitness Resource, Inc.                                     Case No.   11-16630-BFK
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | FR Midlothian Properties, LLC - 100% member interest | | 150,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable (net of prepaid commerial deposits) | | 1,674,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached list. | | 231,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached list | | 44,650.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

28. Office equipment, furnishings, and supplies.

| Asset | Property Description | Date in Service | Cost | 2010 A/D | 2010 End Book | Market Value |
|---|---|---|---|---|---|---|
| **EQUIPMENT** | | | | | | |
| 643 | Copier | 04/12/07 | 3,029.25 | 1,817.55 | 1,211.70 | 1,200.00 |
| 644 | Copier | 05/18/07 | 1,332.45 | 799.47 | 532.98 | 500.00 |
| 645 | Security cameras | 08/15/07 | 17,495.77 | 10,497.46 | 6,998.31 | 7,000.00 |
| 646 | Phone system Norcross | 09/07/07 | 4,930.33 | 2,958.20 | 1,972.13 | 2,000.00 |
| 647 | Hartford Claim, Norcross Phone Sys | 10/15/07 | (3,903.33) | (2,342.00) | (1,561.33) | |
| 648 | Phone system Norcross | 11/30/07 | 2,620.81 | 1,572.49 | 1,048.32 | |
| 651 | Cardboard compactor-used | 08/22/08 | 6,500.00 | 1,950.00 | 4,550.00 | 5,000.00 |
| 577 | Credit card terminals | 11/15/06 | 22,623.43 | 14,328.17 | 8,295.26 | 4,000.00 |
| 578 | Server | 01/10/06 | 10,853.06 | 8,682.45 | 2,170.61 | 2,200.00 |
| 583 | 2 Dell SC430 server | 12/31/06 | 1,129.79 | 677.87 | 451.92 | 500.00 |
| 584 | 3 Dell PC E310 | 12/31/06 | 3,115.42 | 1,869.25 | 1,246.17 | 1,300.00 |
| 585 | 1 Dell E1705 laptop | 12/31/06 | 1,443.74 | 866.24 | 577.50 | 600.00 |
| 586 | 1 Dell 1100 PC | 12/31/06 | 1,924.97 | 1,154.98 | 769.99 | 800.00 |
| 587 | 1 Dell D620 laptop | 12/31/06 | 1,418.98 | 851.39 | 567.59 | 600.00 |
| 588 | 3 Dell E1405 laptop | 12/31/06 | 4,133.80 | 2,686.97 | 1,446.83 | 1,500.00 |
| 589 | 2 Dell E1505 laptop | 12/31/06 | 2,087.17 | 1,356.66 | 730.51 | 750.00 |
| 590 | 1 Dell E510 PC | 12/31/06 | 1,774.92 | 1,064.95 | 709.97 | 700.00 |
| 591 | 1 Dell 6400 laptop | 12/31/06 | 1,265.25 | 759.15 | 506.10 | 500.00 |
| 592 | 5 Dell 5150 PC | 12/31/06 | 3,370.50 | 2,022.30 | 1,348.20 | 1,400.00 |
| 593 | 10 Dell 1100 PC | 12/31/06 | 6,302.23 | 3,781.34 | 2,520.89 | 2,500.00 |
| 594 | Dell PC 3100 | 12/31/06 | 4,240.80 | 2,544.48 | 1,696.32 | 1,700.00 |
| **FURNITURE & FIXTURES** | | | | | | |
| 580 | Shelving | 07/11/06 | 604.10 | 302.05 | 302.05 | 300.00 |
| 580 | Shelving | 07/11/06 | 604.10 | 302.05 | 302.05 | 300.00 |
| 580 | Shelving | 07/11/06 | 604.10 | 302.05 | 302.05 | 300.00 |
| | | | | | | **35,650.00** |

OTHER EQUIPMENT & SUPPLIES W/ $0 BOOK VALUE

    In each store:

desk, 2 file cabinets, shelving, refrigerator, microwave, chairs, printer, fax, table

  Total value ~$150/store (PC's included in EQUIPMENT above)

25 Stores                                 **3,750.00**

    In each average office/workstation - Sterling/Norcross

desk, 2 file cabs, 2 chairs, printer, PC

  Total value ~$250/office

21 Offices/Workstations                  **5,250.00**

                       **TOTAL**     **$  44,650.00**

**VEHICLES**

| Asset | Property Description | Date in Service | Dept* | Cost | 2009 A/D | 2009 End Book | Market value |
|---|---|---|---|---|---|---|---|
| 41-D41 | 2000 Isuzu 20ft van | 10/5/1999 | WHS | 40,953.00 | 40,953.00 | - | 11,000 |
| 94-D01 | 1993 GMC Truck 4000 tiltcab | 10/1/1993 | WHS | 22,500.00 | 22,500.00 | - | 3,500 |
| 97-D02 | 1995 GMC Truck TW4S042 | 11/1/1995 | WHS | 24,998.00 | 24,998.00 | - | 5,000 |
| 98-D03 | 1995 Isuzu NPR/YB2 | 1/1/1996 | WHS | 26,752.00 | 26,752.00 | - | 5,000 |
| 99-D04 | 1995 Mitsubishi FH100 | 10/1/1996 | WHS | 35,466.00 | 35,466.00 | - | 6,000 |
| 150-D05 | 1998 Isuzu NPR-ZF3 | 9/30/1997 | WHS | 31,879.00 | 31,879.00 | - | 8,500 |
| 151-D06 | 1998 Isuzu NPR-ZF3 | 9/30/1997 | WHS | 31,879.00 | 31,879.00 | - | 8,500 |
| 152-D51 | 97 Isuzu Van FTR | 10/8/1997 | WHS-NCW | 54,131.00 | 54,131.00 | - | 8,000 |
| 153-G04 | 1994 Ford E250 | 11/11/1997 | WHS | 11,258.00 | 11,258.00 | - | 500 |
| 154-D10 | 1995 Isuzu NPR/YB2 | 11/11/1997 | WHS-CKY | 11,258.00 | 11,258.00 | - | 4,500 |
| 229-D31 | 1999 Isuzu NQR | 11/1/1998 | WHS | 38,524.00 | 38,524.00 | - | 10,000 |
| 230-D08 | 1999 Isuzu NPR-NB3 | 11/1/1998 | WHS-NCW | 33,511.00 | 33,511.00 | - | 10,000 |
| 231-D07 | 1999 Isuzu NPR-NB3 | 11/1/1998 | WHS-RCH | 35,058.00 | 35,058.00 | - | 10,000 |
| 333-D32 | 2000 Isuzu NQR | 5/9/2000 | WHS | 41,664.55 | 41,664.55 | - | 11,000 |
| 334-D42 | 2000 Isuzu NQR | 5/9/2000 | NOR | 41,040.37 | 41,040.37 | - | 11,000 |
| 336-D09 | 2001 Isuzu NPR-NB3 | 8/24/2000 | NOR | 36,061.18 | 36,061.18 | - | 11,500 |
| 337-D21 | 2001 Isuzu NPR | 10/13/2000 | WHS-RCH | 39,149.95 | 39,149.95 | - | 11,500 |
| 340-G16 | Chevrolet Express Van | 11/17/2000 | NOR | 21,186.06 | 21,186.06 | - | 2,100 |
| 341-G17 | Chevrolet Express Van | 11/17/2000 | WHS | 21,186.06 | 21,186.06 | - | 2,100 |
| 346-G12 | 1993 Chevy Pickup Cheyenne 1500 | 7/1/2000 | WHS | 6,250.00 | 6,250.00 | - | 800 |
| 346-D11 | Isuzu NPR-NBB | 7/1/2000 | NOR | 6,250.00 | 6,250.00 | - | 2,000 |
| 346-G06 | 1995 Ford F-700 | 7/1/2000 | NOR | 6,250.00 | 6,250.00 | - | 1,500 |
| 436-D22 | 2001 Isuzu | 1/5/2001 | WHS | 38,928.46 | 38,928.46 | - | 11,500 |
| 437-D43 | 2001 Isuzu | 1/5/2001 | WHS-RCH | 42,203.45 | 42,203.45 | - | 11,500 |
| 438-D44 | 2001 Isuzu | 1/5/2001 | WHS-CKY | 42,203.45 | 42,203.45 | - | 11,500 |
| 459-D45 | 2003 Isuzu | 10/17/2002 | WHS | 44,119.65 | 44,119.65 | - | 12,000 |
| 460-D46 | 2003 Isuzu | 10/17/2002 | NOR | 44,423.82 | 44,423.82 | - | 12,000 |
| 502-D47 | 2004 Isuzu | 10/15/2003 | WHS | 43,918.47 | 43,918.47 | - | 12,500 |
| 503-D48 | 2004 Isuzu | 10/15/2003 | WHS-VAB | 43,918.47 | 43,918.47 | - | 12,500 |
| 649-D53 | 2005 International Truck 4300 | 10/8/2008 | WHS | 29,500.00 | 15,340.00 | 14,160.00 | 18,000 |
| | | | | **946,420.94** | **932,260.94** | **14,160.00** | |

*Dept generally reflects where trucks are garaged.  Although this changes.
  WHS = Sterling warehouse, NOR = Norcross GA warehouse, CKY = Cockeysville MD, RCH = Richmond VA,
  NCW = North Carolina warehouse, VAB = Virginia Beach VA

In re   Fitness Resource, Inc.                                              Case No.   11-16630-BFK
_____                                    _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | | Inventory | | 3,606,594.44 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | <u>          0          </u>   continuation sheets attached     Total | | $    6,364,956.48 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6C (Official Form 6C) (04/10)**

In re ___Fitness Resource, Inc.___
           **Debtor**

Case No. ___11-16630-BFK___
           **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re ___Fitness Resource, Inc._____,        Case No. 1-16630-BFK
                          **Debtor**                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fitness Equipment Stores, LLC<br>22714 Glenn Drive, Suite 130<br>Sterling, VA 20164 | | | Incurred: 4/2/10<br>Lien: UCC-1<br>Security: Accounts receivable (factored)<br><br>VALUE $          208,601.15 | | | | 208,601.15 | 208,601.15<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Johnson Health Tech NA, Inc.<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | | | Lien: UCC-1<br>Security: Inventory<br><br>VALUE $       1,500,000.00 | | | | 1,788,586.45 | 1,788,586.45<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0105<br><br>Sonabank, N.A.<br>10855 Fairfax Boulevard<br>Fairfax, VA 22030 | X | | Incurred: 10/30/08<br>Lien: First deed of trust, assignment of rents<br>Security: Business premises located at 7025 Arlington Road, Bethesda, MD 20814 - ground lease<br><br>VALUE $          517,000.00 | | | | 421,245.68 | 0.00 |

___1___ continuation sheets attached

Subtotal ▶ | $2,418,433.28 | $1,997,187.60
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Fitness Resource, Inc.                         ,     Case No.      11-16630-BFK
         **Debtor**                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0028 <br><br> Sonabank, N.A. <br> 10855 Fairfax Boulevard <br> Fairfax, VA 22030 <br><br> VALUE $ 6,979,000.00 | X | | Incurred: 10/30/08 <br> Lien: UCC-1 <br> Security: Receivables, inventory | | | | 4,000,000.00 | 0.00 |
| ACCOUNT NO. 0107 <br><br> Sonabank, N.A. <br> 10855 Fairfax Boulevard <br> Fairfax, VA 22030 <br><br> VALUE $ 200,000.00 | | | Incurred: 7/15/09 <br> Lien: Possession <br> Security: Certificate of deposit <br> Secures letter of credit in favor of Jamis Bicycles | | | | 200,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Sonabank, N.A. <br> 10855 Fairfax Boulevard <br> Fairfax, VA 22030 <br><br> VALUE $ 200,000.00 | | | Lien: Possessory <br> Security: Certificate of deposit <br> Security for letter of credit to Jamis Bicycles | | | | 0.00 | 0.00 |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 4,200,000.00 | $        0.00 |
| Total(s) (Use only on last page) | $ 6,618,433.28 | $1,997,187.60 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320I - Adobe PDF

**B6E (Official Form 6E) (04/10)**

In re___Fitness Resource, Inc._____,    Case No._____11-16630-BFK_____
              Debtor                                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-303X-*0210* - Adobe PDF

**B6E (Official Form 6E) (04/10) - Cont.**

In re___Fitness Resource, Inc._____,    Case No.___11-16630-BFK_____
            Debtor                                                        (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re Fitness Resource, Inc. _____ ,        Case No. __11-16630-BFK_____
                        **Debtor**                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Comptroller of Maryland <br> Revenue Administration Div. <br> PO Box 17405 <br> Baltimore, MD 21297-1405 | | | Consideration: Sales taxes | | | | 14,753.28 | 14,753.28 | 0.00 |
| ACCOUNT NO. <br><br> Georgia Dept. of Revenue <br> PO Box 105408 <br> Atlanta, GA 30348-5408 | | | Consideration: Sales taxes | | | | 49,606.53 | 49,606.53 | 0.00 |
| ACCOUNT NO. <br><br> North Carolina Dept. of Revenue <br> PO Box 25000 <br> Raleigh, NC 27640-0700 | | | Consideration: Sales taxes | | | | 1,731.46 | 1,731.46 | 0.00 |
| ACCOUNT NO. <br><br> South Carolina Dept. of Revenue <br> Sales Tax Return <br> Columbia, SC 29214-0101 | | | Consideration: Sales taxes | | | | 23,955.41 | 23,995.41 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ▶ $ 90,046.68 | $ 90,086.68 | $ 0.00
(Totals of this page)

Total ▶ $
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)

Totals ▶ $ | $ | $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re ___Fitness Resource, Inc._____,     Case No. ___11-16630-BFK_____
                           **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Virginia Dept. of Taxation <br> Virginia Retail Sales & Use Tax <br> PO Box 26626 <br> Richmond, VA 23261-6626 | | | Consideration: Sales taxes | | | | 25,680.08 | 25,680.08 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 25,680.08 | $ | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 115,726.76 | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 115,766.76 | $ 0.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re   Fitness Resource, Inc.                              ,          Case No.   11-16630-BFK
              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TYS<br><br>8334 Leesburg Pike Associates<br>5869 Westheimer Road<br>Houston, TX 77057-5616 | | | Consideration: Lease rejection | | | | 130,399.00 |
| ACCOUNT NO.  RCH<br><br>9460 West Broad Street<br>Good Earth Investment, LLC<br>47624 Paulsen Square<br>Sterling, VA 20265 | | | Consideration: Rent - balance of lease term | | | | 937,356.12 |
| ACCOUNT NO.<br><br>Ab Coaster, LLC<br>PO BOX 9<br>Chester, NJ 07930 | | | | | | | 17,496.00 |
| ACCOUNT NO.  OAK<br><br>Acorn Associates L.P. Phase I<br>9302 Lee Highway, Suite 300<br>Fairfax, VA 22031 | | | Consideration: Rent - rejected lease | | | | 129,012.00 |

___33___ continuation sheets attached

Subtotal ▶ | $ | 1,214,263.12

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc. _____ ,     Case No. ___11-16630-BFK_____
     **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allied Waste Service #029<br>P.O. Box 9001099<br>Louisville, KY 40190-1231 | | | Consideration: Utilities | | | | 0.00 |
| ACCOUNT NO.<br>American Express<br>P. O. Box 1270<br>Newark, NJ 07101-1270 | | | Consideration: Credit card debt | | | | 9,964.95 |
| ACCOUNT NO.<br>Assembly Required<br>3630 Southwick Drive<br>Kennesaw, GA 30144 | | | Consideration: Trade | | | | 9,120.20 |
| ACCOUNT NO.<br>AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | | | Consideration: Telephone service | | | | 285.82 |
| ACCOUNT NO.<br>AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | | | Consideration: Telephone services | | | | 251.96 |

Sheet no. __1__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,622.93

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-303X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc.                          ,          Case No.  11-16630-BFK
　　　　　　　　　　　Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Automatic Data Processing<br>P.O. Box 9001006<br>Louisville, KY 40290-1006 | | | Consideration: Services | | | | 533.38 |
| ACCOUNT NO.<br><br>Baltimore Gas & Electric Co.<br>PO Box 13070<br>Philadelphia, PA 19101-3070 | | | Consideration: Utitlities | | | | 814.24 |
| ACCOUNT NO.<br><br>Beacon Atando, LLC<br>9300 Harris Corners Pkwy<br>Suite 100<br>Charlotte, NC 28629 | | | Consideration: Rent | | | | 6,630.48 |
| ACCOUNT NO.<br><br>BH North America<br>P. O. Box 86242<br>Los Angeles, CA 90086 | | | Consideration: Trade | | | | 11,011.00 |
| ACCOUNT NO.<br><br>Broadcast Vision Entertainment<br>463 Pennsfield Place, Suite 103<br>Thousand Oaks, CA 91360 | | | Consideration: Trade | | | | 537.63 |

Sheet no. 2 of 33 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 19,526.73

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc._____,        Case No. ___11-16630-BFK_____
              **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CamelBak Products Inc.<br>PO Box 6000<br>San Francisco, CA 94160 | | | Consideration: Trade | | | | 2,864.10 |
| ACCOUNT NO.<br><br>CardioVision<br>2760 Beverly Drive, Suite 3<br>Aurora, IL 60504 | | | Consideration: Trade | | | | 5,374.74 |
| ACCOUNT NO.<br><br>Centro Oper Partnership2 LLC<br>c/o Centro Properties Group<br>420 Lexington Avenue-7th Floor<br>New York, NY 10017 | | | Consideration: Lease rejection | | | | 106,176.00 |
| ACCOUNT NO.<br><br>CleanNet<br>9861 Broken Land Pkwy, Suite 208<br>Columbia, MD 21046 | | | Consideration: Trade | | | | 600.00 |
| ACCOUNT NO.<br><br>Clipper Mill Auto<br>3515-D Clipper Mill Road<br>Baltimore, MD 21211 | | | Consideration: Repairs | | | | 262.91 |

Sheet no. _3_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   115,277.75

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc.                                        ,        Case No.  11-16630-BFK
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Coast 2 Coast Fitness Solution<br>11107 Fairfax Station Road<br>Fairfax, VA 22039 | | | Consideration: Trade | | | | 1,450.00 |
| ACCOUNT NO.<br><br>Coastal Fitness Equipment<br>6317 Morrow Road<br>Wilmington, NC 28412 | | | Consideration: Trade | | | | 120.00 |
| ACCOUNT NO.   NOR<br><br>Cobalt Industrial REIT II<br>5 Concourse Parkway, Suite 3000<br>Atlanta, GA 30328-7106 | | | Consideration: Rent | | | | 7,805.00 |
| ACCOUNT NO.<br><br>Comcast<br>PO Box 3005<br>Southeastern, PA 19398-3005 | | | Consideration: Utilities | | | | 253.73 |
| ACCOUNT NO.<br><br>Comcast Spotlight - Atlanta<br>PO Box 930814<br>Atlanta, GA 31192-0814 | | | Consideration: Advertising | | | | 23,605.85 |

Sheet no.  4   of  33   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        33,234.58

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc._____,          Case No.  11-16630-BFK_____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

<div style="writing-mode: vertical-rl">Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Corporate Sports Unlimited<br>8140 Troon Circle<br>Austell, GA 30168 | | | Consideration: Trade | | | | 8,228.00 |
| ACCOUNT NO.<br><br>Crystal Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | | | Consideration: Trade | | | | 245.88 |
| ACCOUNT NO.<br><br>Cunningham Associates, Inc.<br>P.O. Box 240981<br>Charlotte, NC 28224 | | | Consideration: Trade | | | | 3,095.00 |
| ACCOUNT NO.<br><br>Dahlia Design<br>42747 Explorer Drive<br>Ashburn, VA 20148 | | | Consideration: Account | | | | 17,165.35 |
| ACCOUNT NO.<br><br>David E. Nees<br>Carla Nees<br>10713 Kelley Drive<br>Fairfax VA 22030 | | | | | | | 0.00 |

Sheet no. _5_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 28,734.23

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc.                                    ,        Case No.  11-16630-BFK
             **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Del-Ray Glass Co., Inc<br>6621 Richmond Highway<br>Alexandria, VA 22306 | | | Consideration: Repairs | | | | 1,197.50 |
| ACCOUNT NO.<br><br>Dickens Place LLC<br>c/o The Wilton Companies<br>4901 Dickens Road, Suite 100<br>Richmond, VA 23230-1952 | | | Consideration: Rent - rejected lease | | | | 5,952.00 |
| ACCOUNT NO.   09<br><br>Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA 23290-0001 | | | Consideration: Utilities | | | | 1,138.45 |
| ACCOUNT NO.   11<br><br>Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA 23290-0001 | | | Consideration: Utilities | | | | 865.18 |
| ACCOUNT NO.   16<br><br>Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA 23290-0001 | | | Consideration: Utilities | | | | 1,062.25 |

Sheet no.  6  of  33  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    10,215.38

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc._____,        Case No. ___11-16630-BFK_____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  17<br><br>Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA 23290-0001 | | | Consideration: Utilities | | | | 777.58 |
| ACCOUNT NO.  18<br><br>Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA 23290-0001 | | | Consideration: Utilities | | | | 1,698.58 |
| ACCOUNT NO.<br><br>Duke Power<br>PO Box 70516<br>Charlotte, NC 28272-4901 | | | Consideration: Utilities | | | | 271.63 |
| ACCOUNT NO.<br><br>Ecore International<br>715 Fountain Avenue<br>Lancaster, PA 17601 | | | Consideration: Trade | | | | 47,612.11 |
| ACCOUNT NO.<br><br>ERC Wiping Products, Inc.<br>19 Bennett Street<br>Lynn, MA 01905 | | | Consideration: Trade | | | | 6,836.40 |

Sheet no. _7_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 57,196.30

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc._____ ,          Case No. ___11-16630-BFK_____
       **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eric Coryer<br>5605 Chestatee Landing Drive<br>Gainesville, GA 30506 | | | Consideration: Reimbursement | | | | 1,559.36 |
| ACCOUNT NO.<br><br>Exercise Parts and Supplies<br>4637 West 159th Street<br>Lawndale, CA 90260 | | | Consideration: Trade | | | | 294.93 |
| ACCOUNT NO.<br><br>Fairfax Water<br>PO Box 71076<br>Charlotte, NC 28272-1076 | | | Consideration: Utilities | | | | 170.30 |
| ACCOUNT NO.<br><br>Fidelity Security Life Ins.<br>PO Oox 632530<br>Cincinnatti, OH 45263-2530 | | | Consideration: Premium | | | | 318.74 |
| ACCOUNT NO.<br><br>Fitness Distributors Inc.<br>4680-18i Monticello avenue<br>PMB 137<br>Williamsburg, VA 23188 | | | Consideration: Trade | | | | 6,434.96 |

Sheet no. __8__ of __33__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 8,778.29

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc.                                    ,          Case No.   11-16630-BFK
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fleet Authority<br>3170 Draper Drive<br>Rear Bay 10<br>Fairfax, VA 22031 | | | Consideration: Account | | | | 5,084.25 |
| ACCOUNT NO.<br><br>Fleet Services<br>PO Box 5727<br>Carol Stream, IL  60197-5727 | | | Consideration: Trade | | | | 3,972.33 |
| ACCOUNT NO.   FRD<br><br>Fredericksburg 35, LLC<br>8405 Greensboro Drive<br>Suite 830<br>McLean, VA 22102-5121 | | | Consideration: Automobile repairs/service | | | | 142,764.00 |
| ACCOUNT NO.   2004<br><br>Freedom Bank<br>10555 Main Street<br>Suite 550<br>Fairfax, VA 22030 | X | | Incurred: 2008<br>Consideration: Promissory note | | | | 1,521,368.35 |
| ACCOUNT NO.   SPR<br><br>Frontier Drive Metro Center, LP<br>ATTN: Asset Manager<br>1701 Pennsylvania Ave., NW., Ste 1050<br>Washington, DC 20006-5805 | | | Consideration: Lease rejection | | | | 160,155.00 |

Sheet no.    9    of  33   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,833,343.93

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-303X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc.                                    ,        Case No.  11-16630-BFK
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gables Midtown<br>1925 Monroe Drive<br>Atlanta, GA 30334 | | | Consideration: Account | | | | 149.80 |
| ACCOUNT NO.<br><br>Gaffey Deane & Talley, PLC<br>12355 Sunrise Valley Drive<br>Suite 305<br>Reston, VA 20191 | | | Consideration: Accounting, asuditing services | | | | 20,995.00 |
| ACCOUNT NO.<br><br>Gaiam Americas<br>Dept. 1384<br>Denver, CO 80291-1384 | | | Consideration: Trade | | | | 36,463.86 |
| ACCOUNT NO.<br><br>Gardner Webb University<br>PO Box 997<br>Boiling Springs, NC 28017 | | | Consideration: Account | | | | 34,922.71 |
| ACCOUNT NO.  04<br><br>Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0001 | | | Consideration: Utilities | | | | 936.98 |

Sheet no.  10  of  33   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 93,468.35

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Fitness Resource, Inc. _____,        Case No. ___11-16630-BFK_____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  06 <br><br> Georgia Power <br> 96 Annex <br> Atlanta, GA 30396-0001 | | | Consideration: Utilities | | | | 901.93 |
| ACCOUNT NO.  07 <br><br> Georgia Power <br> 96 Annex <br> Atlanta, GA 30396-0001 | | | Consideration: Utilities | | | | 1,134.41 |
| ACCOUNT NO. <br><br> Gerber's Inc <br> 200 Cockeysville Road <br> PO Box 942 <br> Cockeysville, MD 21030 | | | Consideration: Utilities | | | | 315.00 |
| ACCOUNT NO. <br><br> Hampton Fitness Products <br> 1913 Portola Road <br> Ventura, CA 93003 | | | Consideration: Trade | | | | 117,793.15 |
| ACCOUNT NO. <br><br> Hoist Fitness <br> 9990 Empire Street, Suite 130 <br> San Diego, CA 92126 | | | Consideration: Trade | | | | 182,045.00 |

Sheet no.  11  of  33  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 302,189.49

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-303X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc.                              ,        Case No.  11-16630-BFK
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Howard & Carol Wiles<br>2746 Clarks Landing Drive<br>Oakton, VA 22124 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Humane Manufacturing Co.<br>805 Moore Street<br>Baraboo, WI 53913-2796 | | | Consideration: Trade | | | | 10,649.00 |
| ACCOUNT NO.<br><br>Industrial Disposal Services<br>9120 Developers Drive<br>Manassas, VA 20109 | | | Consideration: Trash removal | | | | 1,389.95 |
| ACCOUNT NO.<br><br>Integrity Transportation Services<br>1611 Cregon Court<br>Lawrenceville, GA 30043 | | | Consideration: Trade | | | | 9,092.70 |
| ACCOUNT NO.<br><br>Intek Strength<br>PO Box 430<br>Herrin, IL 62946 | | | Consideration: Trade | | | | 81,847.54 |

Sheet no. _12_ of _33_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 102,979.19

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Fitness Resource, Inc.                                    ,          Case No.   11-16630-BFK
_____                        _____
              **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Intellbell, Inc.<br>1071 32nd Ave, N.W.<br>Owatonna, MN 55060 | | | Consideration: Trade | | | | 26,045.00 |
| ACCOUNT NO.<br><br>Interstate Billing Service<br>Dept 1265<br>PO Box 2153<br>Birmingham, AL 35287-1265 | | | Consideration: Account | | | | 1,256.37 |
| ACCOUNT NO.<br><br>Ivey Mechanical Company, Inc.<br>4554 Stonegate Industrial Blvd.<br>Suite C<br>Stone Mountain GA 30083 | | | Consideration: Account | | | | 750.00 |
| ACCOUNT NO.<br><br>James E. Autry, Esq.<br>Culin, Sharp, Autry & Day, P.L..C.<br>4124 Leonard Drive<br>Fairfax, VA 22030 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Jamis Bicycles<br>151 Ludlow Avenue<br>Northvale, NJ 07647 | | | Consideration: Trade | | | | 37,713.58 |

Sheet no. __13__ of __33__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 65,764.95

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320) - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Fitness Resource, Inc. _____ ,    Case No. ___11-16630-BFK_____
        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ROK<br><br>Jefferson Joint Venture<br>c/o Lerner Corporation<br>2000 Tower Oaks Blvd., FL 8<br>Rockville, MD 20852-4284 | | | Consideration: Lease rejection | | | | 87,504.00 |
| ACCOUNT NO.<br><br>John Thomas<br>1425 Oakbrook Drive<br>Suite 100<br>Norcross, GA 30093 | | | Consideration: Reimbursement | | | | 115.00 |
| ACCOUNT NO.   Pay<br><br>Johnson Health Tech NA, Inc.<br>1600 Landmark Drive<br>Cottage Grove, WI 53527 | | | Consideration: Trade | | | | 174,284.96 |
| ACCOUNT NO.<br><br>Junckers Hardwood, Inc.<br>95 Grand Street, #3<br>New York, NY 10013 | | | Consideration: Trade | | | | 18,269.17 |
| ACCOUNT NO.   CHN<br><br>JWW, LLC of Chantilly<br>7740 Legere Court<br>McLean, VA 22102 | | | Consideration: Lease rejection | | | | 315,384.00 |

Sheet no. __14__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $    595,557.13

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc.                                      ,        Case No.   11-16630-BFK
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Kevin M. O'Donnell, Esq. Henry & O'Donnell, P.C. 300 North Washington Street, Suite 204 Alexandria, VA 22314 | | | | | | | Notice Only |
| ACCOUNT NO.  Kimel Company Inc. 11257 S. Glen Road Suite A Potomac, MD 20854 | | | Consideration: Trade | | | | 4,619.81 |
| ACCOUNT NO.  POT  KIR Smoketown Station, LP Mid-Adlantic Region 1954 Greenspring Drive, Suite 330 Timonium, MD 21093 | | | Consideration: Lease rejection | | | | 53,878.00 |
| ACCOUNT NO.  Landice, Inc 111 Canfield Avenue Randlolph, NJ 07869 | | | Consideration: Trade | | | | 216,748.00 |
| ACCOUNT NO.  Legend Fitness 140 Richardson Way Maynardville, TN 37807 | | | Consideration: Trade | | | | 12,524.86 |

Sheet no.  15  of  33  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  287,770.67

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Fitness Resource, Inc. _____,      Case No. ___11-16630-BFK_____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LeMond Fitness, Inc<br>Dept. CH 19068<br>Palatine, IL 60055-9068 | | | Consideration: Trade | | | | 155,019.88 |
| ACCOUNT NO.<br><br>Louis Garneau<br>1352 East Main Street<br>Box 755<br>Newport, VT 05855 | | | Consideration: Trade | | | | 11,932.40 |
| ACCOUNT NO.<br><br>Lowe's Business Account<br>PO Box 530970<br>Atlanta, GA 30353-0970 | | | Consideration: Account | | | | 223.71 |
| ACCOUNT NO.<br><br>M & E Services, Inc<br>dba Fit Repairs<br>P. O. Box 2507<br>Chester, VA 23831-9998 | | | Consideration: Repairs | | | | 4,480.90 |
| ACCOUNT NO.<br><br>M. E. Tudor Equipment Services<br>8055 Crimson Leaf Court<br>Gainesville, VA 20155 | | | Consideration: Trade | | | | 7,755.66 |

Sheet no. _16_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   179,412.55

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Fitness Resource, Inc.                                                    ,        Case No.   11-16630-BFK
          **Debtor**                                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marcher Consultants, Inc.<br>8230 Leesburg Pike<br>Suite 610<br>Vienna, VA 22182 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Maxwell Ocansey<br>2704 Silkwood Court<br>Oakton, VA 22124 | | | Consideration: Account | | | | 1,993.95 |
| ACCOUNT NO.<br><br>McKenzie Services Inc.<br>7386 Guilford Road<br>Clarksville, MD 21029 | | | Consideration: Trade | | | | 1,030.00 |
| ACCOUNT NO.   MAL<br><br>Mill Creek DEI, LLC<br>6200 Dutchmans Lane, Suite 207<br>Louisville, KY 40205 | | | Incurred: REJECT<br>Consideration: Lease rejection | | | | 111,660.00 |
| ACCOUNT NO.<br><br>Monster Worldwide, Inc.<br>PO Box 90364<br>Chicago, IL 60695-0034 | | | Consideration: Account | | | | 530.00 |

Sheet no.   17   of  33   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         115,213.95

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Fitness Resource, Inc.                                    ,      Case No.    11-16630-BFK
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Moody & Associates, Inc.<br>22601 Gateway Center Drive<br>Clarksburg, MD 20871-2002 | | | Consideration: Insurance | | | | 4,607.50 |
| ACCOUNT NO.<br><br>National Gymn Supply, Inc.<br>550 W. 83rd Street<br>Los Angeles, CA 90045 | | | Consideration: Trade | | | | 1,923.61 |
| ACCOUNT NO.<br><br>Nautilus, Inc.<br>Dept CH 16391<br>Palatine, IL 60055-6391 | | | Consideration: Trade | | | | 6,002.26 |
| ACCOUNT NO.<br><br>Octane Fitness, LLC<br>P. O. Box 1521<br>Minneapolis, MN 55480-1521 | | | Consideration: Trade | | | | 280,351.48 |
| ACCOUNT NO.<br><br>Office Depot Credit Plan<br>Dept.56-2610051792<br>PO Box 9020<br>Des Moines, IA 50368-9020 | | | Consideration: Account | | | | 161.24 |

Sheet no. 18 of 33 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      293,046.09

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc._____,        Case No. ___11-16630-BFK_____
                  **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Old Dominion Freight Line, Inc.<br>PO Box 198475<br>Atlanta, GA 30384-8475 | | | Consideration: Freight | | | | 403.26 |
| ACCOUNT NO.<br><br>Pacemaster, LLC<br>34 Fairfield Place<br>West Caldwell, NJ 07006 | | | Consideration: Trade debt | | | | 330,980.17 |
| ACCOUNT NO.<br><br>Paramount Fitness Equipment<br>6450 East Bandini Blvd.<br>Los Angeles, CA 90040-3185 | | | Consideration: Trade | | | | 539.33 |
| ACCOUNT NO.<br><br>Penske Truck Leasing<br>P.O. Box 532658<br>Atlanta GA  30353-2658 | | | Consideration: Truck lease | | | | 426.99 |
| ACCOUNT NO.<br><br>PEPCO<br>PO Box 4863<br>Trenton, NJ 08650-4863 | | | Consideration: Utilities | | | | 757.42 |

Sheet no. __19__ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤       $     333,107.17

Total ➤       $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-303X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc.                              ,          Case No.    11-16630-BFK
_____                                    _____
               **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PEPCO<br>PO Box 4863<br>Trenton, NJ 08650-4863 | | | Consideration: Utilities | | | | 472.51 |
| ACCOUNT NO.<br><br>Pilot Media<br>PO Box 79917<br>Baltimore, MD 21279-0917 | | | Consideration: Trade | | | | 2,825.00 |
| ACCOUNT NO.<br><br>Post - Newsweek Media<br>PO Box 2381<br>Baltimore, MD 21264-2381 | | | Consideration: Advertising | | | | 1,791.00 |
| ACCOUNT NO.<br><br>Potomac Disposal Services<br>PO Box 841758<br>Dallas, TX 75284-2758 | | | Consideration: Utilities | | | | 146.21 |
| ACCOUNT NO.<br><br>Power Systems<br>P. O. Box 51030<br>Knoxville, TN 37950-1030 | | | Consideration: Trade | | | | 1,163.35 |

Sheet no.  20  of  33  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $       6,398.07

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Fitness Resource, Inc._____,     Case No.   11-16630-BFK_____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pro-Elite Strength System<br>2930 W. Directors Row<br>Salt Lake City, UT 84104 | | | Consideration: Trade | | | | 378.00 |
| ACCOUNT NO.<br><br>Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | | | Consideration: Account | | | | 444.00 |
| ACCOUNT NO.<br><br>Q's Fitness Services<br>PO Box 335<br>Oak Ridge, NC 27310 | | | Consideration: Trade | | | | 575.49 |
| ACCOUNT NO.<br><br>Quantum Fitness<br>10245 West Airport Blvd.<br>Stafford, TX 77477 | | | Consideration: Trade | | | | 1,201.75 |
| ACCOUNT NO.<br><br>RAVX Inc.<br>2591 Pioneer Ave.<br>Suite A<br>Vista, CA 92081 | | | Consideration: Trade | | | | 1,042.36 |

Sheet no. __21__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     3,641.60

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc.                              ,          Case No. ___11-16630-BFK___
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Raytheon Company<br>4101 E. Plano Pkwy<br>Mail Stop 334<br>Plano, TX 75054 | | | Consideration: See "Defaults" tab in setup to add more... | | | | 299.60 |
| ACCOUNT NO.<br><br>Richmond Times-Dispatch<br>PO Box 27775<br>Richmond, VA 23261-7775 | | | Consideration: Advertising | | | | 6,459.26 |
| ACCOUNT NO.<br><br>Rick Hendrick Chevrolet<br>3277 Satellite Blvd.<br>Duluth, GA 30096 | | | Consideration: Truck repairs | | | | 2,184.67 |
| ACCOUNT NO.<br><br>River Place<br>1011 Arlington Blvd.<br>Suite 340<br>Arlington, VA 22209 | | | Consideration: Account | | | | 353.55 |
| ACCOUNT NO.<br><br>Riviera Finance<br>PO Box 320243<br>Des Moines, IA 50331-0243 | | | Consideration: Trade | | | | 6,359.40 |

Sheet no. __22__ of __33__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,656.48
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-30372-301X-0320 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Fitness Resource, Inc.                                              ,        Case No.   11-16630-BFK
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RMS Fitness Equipment Service<br>4304 East Joppa Road<br>Baltimore, MD 21236 | | | Consideration: Account | | | | 317.49 |
| ACCOUNT NO.<br><br>Robert Colls<br>400 Hounds Chase<br>Yorktown, VA 23693 | | | Consideration: Reimbursement | | | | 151.24 |
| ACCOUNT NO.<br><br>Robert Webber<br>406 Hawthorne Rd.<br>Linthicum, MD 21090 | | | Consideration: Advertising | | | | 1,500.00 |
| ACCOUNT NO.<br><br>Rocky Mountain Bicycle<br>2095 25th Avenue<br>St. Georges de Beauce QC<br>Canada G6A1A1 | | | Consideration: Trade | | | | 24,701.53 |
| ACCOUNT NO.  STR<br><br>Route Triple Seven, LP<br>c/o Uniwest Commercial Realty<br>8191 Strawberry Lane, Suite 3<br>Falls Church, VA 22042 | | | Consideration: Lease rejection | | | | 178,389.00 |

Sheet no. __23__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     205,059.26

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc._____,     Case No. ___11-16630-BFK_____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCIFIT Ltd. Co.<br>5151 S. 110th East Ave.<br>Tulsa, OK 74146-6911 | | | Consideration: Trade | | | | 3,704.00 |
| ACCOUNT NO.<br><br>Scott B. Fleming, Esq.<br>Weiss Berzowski Brady LLP<br>700 N. Water Street<br>Milwaukee, WI 53202 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Scott Garner<br>388 Carter Lumber Plant Rd.<br>Denton NC 27239 | | | Consideration: Reimbursement | | | | 490.92 |
| ACCOUNT NO.<br><br>Scotty Signs, Inc.<br>5948 Jefferson Ave.<br>Newport News, VA 23605 | | | Consideration: Account | | | | 480.00 |
| ACCOUNT NO.<br><br>Sew Cool Embroidery<br>2115 Emerald Hill Rd.<br>Sperryville, VA 22740 | | | Consideration: Account | | | | 231.88 |

Sheet no. __24__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,906.80
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc.                                  ,          Case No.  11-16630-BFK
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shuler Floring Inc.<br>1170 Lance Rd.<br>Suite 308<br>Norfolk, VA 23502-2454 | | | Consideration: Trade | | | | 1,359.00 |
| ACCOUNT NO.<br><br>Smart Shopper, Inc.<br>1777 Reisterstown Road<br>Suite 240<br>Baltimore, MD 21208 | | | Consideration: Trade | | | | 4,135.00 |
| ACCOUNT NO.<br><br>Sonabank, N.A.<br>PO Box 7078<br>Crosslanes, WV 25356 | X | | Incurred: 10/30/08<br>Consideration: Account | | | | 4,901.92 |
| ACCOUNT NO.<br><br>Spirit Manufacturing, Inc<br>P. O. Box 80118<br>City of Industry, CA 91716-8118 | | | Consideration: Trade | | | | 73,720.03 |
| ACCOUNT NO.<br><br>Steve Saylor<br>289 Hemlock Trail<br>Monroe, VA 24574 | | | Consideration: Reimbursement | | | | 105.42 |

Sheet no. __25__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   84,221.37

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc._____,    Case No. ___11-16630-BFK_____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Steve Zimmerman<br>339 Maple Avenue<br>Baltimore, MD 21221 | | | Consideration: Reimbursement | | | | 281.39 |
| ACCOUNT NO.<br><br>Steven Shawn Renfrow<br>8153 Silverberry Way<br>Vienna, VA 22182 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Storm Water Management<br>8345 A Beechcraft Ave.<br>Gaithersburg, MD 20879 | | | Consideration: Trade | | | | 5,345.00 |
| ACCOUNT NO.  BTH<br><br>Street Retail, Inc.<br>1626 East Jefferson Street<br>Rockville, MD 20852-4041 | | | Consideration: Rent - balance of lease term | | | | 2,728,458.72 |
| ACCOUNT NO.<br><br>Supermats, Inc.<br>19175 Industrial Blvd.<br>Suite A<br>Elk River, MD 55300-2438 | | | Consideration: Trade | | | | 4,732.00 |

Sheet no. _26_ of _33_ continuation sheets attached                                    Subtotal ➤  | $  2,738,817.11
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                        Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc._____,        Case No. ___11-16630-BFK_____
          **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PER<br><br>SwanBlossom Investment, LP<br>1335 Canton Road, #D<br>Marietta, GA 30066 | X | | Consideration: Rent - rejected lease | | | | 144,785.00 |
| ACCOUNT NO.<br><br>The KSA Group LLC<br>2707 Courthouse Oaks Road<br>Vienna, VA 22181 | | | Consideration: Financial services | | | | 19,414.10 |
| ACCOUNT NO.<br><br>The Washington Post<br>1150 15th Street, NW<br>Washington, DC 20071 | | | Consideration: Advertising | | | | 18,814.40 |
| ACCOUNT NO.<br><br>Theresa Kramer<br>12020 Deer Bite Ct<br>Glen Arm, MD 21057 | | | Consideration: Trade | | | | 2,436.94 |
| ACCOUNT NO.<br><br>Tiffany Enterprises Websites<br>13968 N. 88th Place<br>Scottsdale, AZ 85260 | | | Consideration: Services | | | | 825.00 |

Sheet no. _27_ of _33_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 186,275.44

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc. _____ ,    Case No. __11-16630-BFK__
       **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Timonium North Self Storage<br>PO Box 64803<br>Baltimore, MD 21264-4803 | | | Consideration: Rent | | | | 340.00 |
| ACCOUNT NO.<br>TKO Sports Group USA Ltd<br>PO Box 908<br>Bloomfield Hills, MI 48303-0908 | | | Consideration: Trade | | | | 7,679.14 |
| ACCOUNT NO.  WHS<br>TransDulles 22714 Glenn LLC<br>4909 Seminary Road<br>Suite 900<br>Alexandria, VA 22311 | | | Consideration: Lease rejection | | | | 473,596.00 |
| ACCOUNT NO.<br>UNC Campus Recreation<br>201 Campus Recreation Center<br>Chapel Hill, NC 27599-8610 | | | Consideration: Account | | | | 500.00 |
| ACCOUNT NO.<br>United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | Consideration: Account | | | | 469.24 |

Sheet no. __28__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    482,584.38

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc.                                    ,        Case No.  11-16630-BFK
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>USA Sports, Inc.<br>10600 Shadow Wood Dr.<br>Houston, TX 77043 | | | Consideration: Trade | | | | 5,290.07 |
| ACCOUNT NO.<br><br>Vectra Fitness, Inc.<br>7901 South 190th Street<br>Kent, WA 98032 | | | Consideration: Trade | | | | 3,248.00 |
| ACCOUNT NO.  01<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone service | | | | 1,251.71 |
| ACCOUNT NO.  21<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone service | | | | 152.15 |
| ACCOUNT NO.  38<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone service | | | | 118.55 |

Sheet no. __29__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    10,060.48

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc._____,      Case No. ___11-16630-BFK_____
　　　　　　　　**Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  56<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone service | | | | 169.10 |
| ACCOUNT NO.  63<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone service | | | | 169.58 |
| ACCOUNT NO.  67<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone services | | | | 111.99 |
| ACCOUNT NO.  68<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone service | | | | 238.42 |
| ACCOUNT NO.  71<br><br>Verizon<br>PO Box 660720<br>Dallas, TX 75266-0720 | | | Consideration: Telephone services | | | | 1,842.57 |

Sheet no. _30_ of _33_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    2,531.66

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Fitness Resource, Inc.                                    ,          Case No.   11-16630-BFK
             **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Vincent D'Ercole 3150 Indian Lane Reno, NV 89506 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Utilities | | | | |
| Waste Management of Atlanta Antlanta Hauling PO Box 105453 Atlanta, GA 30348-5453 | | | | | | | 1,995.26 |
| ACCOUNT NO. | | | Consideration: Utilities | | | | |
| Waste Management of NOVA PO Box 13648 Philadelphia, PA 19101-3648 | | | | | | | 133.30 |
| ACCOUNT NO. | | | Consideration: Utilities | | | | |
| Windstream PO Box 9001908 Louisville, KY 40290-1908 | | | | | | | 129.78 |
| ACCOUNT NO.  ANN | | | Incurred: 8-3-10 Consideration: Promissory note | | | | |
| Winven Realty, LLC 10 Rye Ridge Plaza, Suite 200 Rye Brook, NY 10573-2828 | X | | | | X | | 32,997.36 |

Sheet no. __31__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal ▶ | $   35,255.70 |
| Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Fitness Resource, Inc. _____,        Case No. ___11-16630-BFK_____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WJLA-TV<br>1100 Wilson Blvd, 6th Floor<br>Arlington, VA 22209 | | | Consideration: Advertising | | | | 30,727.50 |
| ACCOUNT NO.<br><br>WJZ-TV<br>P. O. Box 905892<br>Charlotte, NC 28290-5892 | | | Consideration: Advertising | | | | 4,768.50 |
| ACCOUNT NO.<br><br>WRC-TV NBC<br>PO Box 402492<br>Atlanta, GA 30384-2492 | | | Consideration: Advertising | | | | 23,035.00 |
| ACCOUNT NO.<br><br>WVEC<br>PO Box 905313<br>Charlotte, NC 28290-5313 | | | Consideration: Advertising | | | | 6,970.00 |
| ACCOUNT NO.<br><br>WXIA-TV<br>PO Box 637392<br>Cincinnatti, OH 45263-7392 | | | Consideration: Trade | | | | 11,135.00 |

Sheet no. __32__ of __33__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 76,636.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Fitness Resource, Inc._____,     Case No. __11-16630-BFK_____
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Yakima Products, Inc.<br>25091 Network Place<br>Chicago, IL 60673 | | | Consideration: Trade | | | | 5,785.84 |
| ACCOUNT NO.  CKY<br><br>York and Park Associates<br>1258 Henry Street<br>Baltimore, MD 21230 | | | Consideration: Lease rejection | | | | 107,652.00 |
| ACCOUNT NO.<br><br>York Barbell Company<br>3300 Board Road<br>York, PA 17406 | | | Consideration: Trade | | | | 8,185.96 |
| ACCOUNT NO.<br><br>YPM, Inc.<br>1800 Von Karman AVe.<br>Suite 200<br>Irvine, CA 92612 | | | Consideration: Advertising | | | | 20,338.65 |
| ACCOUNT NO.  ZEB<br><br>Zebra Properties LLC<br>P.O. Box 420066<br>Atlanta, GA 30342 | | | Consideration: Rent - rejected lease | | | | 84,503.00 |

Sheet no. _33_ of _33_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 226,465.45

Total ▶ | $ | 9,787,212.58

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-30372-301X-03210 - Adobe PDF

**B6G (Official Form 6G) (12/07)**

In re  <u>Fitness Resource, Inc.</u>                     Case No. <u>11-16630-BFK</u>
         Debtor                                                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Centro Oper Partnership2 LLC<br>c/o Centro Properties Group<br>420 Lexington Avenue-7th Floor<br>New York, NY 10017 | 6350 North Point Parkway, #610<br>Alpharetta, GA 30022<br><br>Lease on nonresidential real property |
| Street Retail, Inc.<br>1626 East Jefferson Street<br>Rockville, MD 20852-4041 | 7025-7033 Arlington Road<br>Bethesda, MD 20814<br><br>Lease on nonresidential real property |
| Zebra Properties LLC<br>P.O. Box 420066<br>Atlanta, GA 30342 | 2979 Peachtree Road<br>Atlanta, GA 30305<br><br>Lease on nonresidential real property |
| JWW, LLC of Chantilly<br>7740 Legere Court<br>McLean, VA 22102 | 14008 Lee Jackson Highway<br>Chantilly, VA 20501<br><br>Lease on nonresidential real property |
| York and Park Associates<br>1258 Henry Street<br>Baltimore, MD 21230 | 9709 York Road<br>Cockeysville, MD 21045<br><br>Lease on nonresidential real property |
| Mill Creek DEI, LLC<br>6200 Dutchmans Lane, Suite 3307<br>Louisville, KY 40205 | 3310 Buford Drive<br>Buford, GA 30519<br><br>Lease on nonresidential real property |
| KIR Smoketown Station, LP<br>3333 New Hyde Park Rd., Ste. 100<br>P.O. Box 5020<br>New Hyde Park, NY 11042-0020 | 13900 Shoppers Best Way<br>Woodbridge, VA 22192<br><br>Lease on nonresidential real property |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-303X-0210 - Adobe PDF

| In re | Fitness Resource, Inc. | | Case No. | 11-16630-BFK |
|---|---|---|---|---|
| | **Debtor** | | | **(if known)** |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 9460 West Broad Street<br>Good Earth Investment, LLC<br>717 Gouldman Lane<br>Great Falls, VA 22066 | 9462 West Broad Street<br>Richmond, VA 23230<br><br>Lease on nonresidential real property |
| Jefferson Joint Venture<br>c/o Lerner Corporation<br>2000 Tower Oaks Blvd., FL 8<br>Rockville, MD 20852-4284 | 12232 Rockville Pike<br>Rockville, MD 20852<br><br>Lease on nonresidential real property |
| SwanBlossom Investment, LP<br>1335 Canton Roaed, #D<br>Marietta, GA 30066 | 1165 Perimeter Center West<br>Atlanta, GA 30338<br><br>Lease on nonresidential real property |
| Frontier Drive Metro Center, LP<br>ATTN: Asset Manager<br>1701 Pennsylvania Ave., NW., Ste 1050<br>Washington, DC 20006-5805 | 6575-T Frontier Drive<br>Springfield, VA 22150<br><br>Lease on nonresidential real property |
| Route Triple Seven, LP<br>2900 Telestar Court<br>Falls Church, VA 22042-1206 | 21031 Tripleseven Road<br>Sterling, VA 20165<br><br>Lease on nonresidential real property |
| 8334 Leesburg Pike Associates<br>5869 Westheimer Road<br>Houston, TX 77057-5616 | 8334-A Leesburg Pike<br>Vienna, VA 22182<br><br>Lease on nonresidential real property |
| Beacon Atando, LLC<br>9300 Harris Corners Pkwy<br>Suite 100<br>Charlotte, NC 28629 | 3348 Service St., #B<br>Charlotte, NC 28206<br><br>Lease on nonresidential real property |
| Cobalt Insustrial REIT II<br>5 Concourse Parkway, Suite 3000<br>Atlanta, GA 30328-7106 | 1425 Oakbrook Drive, #100<br>Norcross, GA 30093<br><br>Lease on nonresidential real property |

In re  Fitness Resource, Inc.                                                    Case No.         11-16630-BFK
_____                                   _____
                    **Debtor**                                                                 **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TransDulles 22714 Glenn LLC<br>c/o Duke Realty Corporation<br>4909 Seminary Road, Suite 900<br>Alexandria, VA 22311 | 22714 Glenn Drive, Suite 130<br>Sterling, VA 20164<br><br>Lease on nonresidential real property |
| Omnipoint Communications CAP Operattions, LLC<br>7029 Arlington Road<br>Bethesda, MD 20814 | Sublease - business premises located at 7029 Arlington Road, Bethesda, MD 20814<br><br>Lease on nonresidential real property |
| Bethesda Massage LLC<br>7033 Arlington Road<br>Bethesda, MD 20814 | Sublease  - Business premises located at 7033 Arlington Road,<br>Bethesda, MD 20814<br><br>Lease on nonresidential real property |
| Floors USA, Inc.<br>21031 Tripleseven Road<br>Sterling, VA 20165 | Sublease  - 32.7% portion of business premises located at 21031 Tripleseven Road, Sterling, VA 20165<br><br>Lease on nonresidential real property |
| Mattress Discount Group LLC<br>14008 Lee Jackson Highway<br>Chantilly, VA 20151 | Sublease  - 53.4% portion of business premises located at 14008 Lee Jackson Highway,<br>Chantilly, VA 20151<br><br>Lease on nonresidential real property |
| Penske Truck Leasing<br>P.O. Box 532658<br>Atlanta GA  30353-2658 | 2006 Freightliner M2 4x2 |
| Acorn Associates L.P. Phase I<br>9302 Lee Highway, Suite 300<br>Fairfax, VA 22031 | 2946-I CHain Bridge Road<br>Oakton, VA 22124<br><br>Lease on nonresidential real property |
| Dickens Place LLC<br>c/o The Wilton Companies<br>4901 Dickens Road, Suite 100<br>Richmond, VA 23230-1952 | 6403-G Dickens Place<br>Richmond, VA 23230<br><br>Lease on nonresidential real property |

**B6H (Official Form 6H) (12/07)**

In re  Fitness Resource, Inc.                                             Case No.      11-16630-BFK
_____                        _____
                  **Debtor**                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David E. Nees<br>10713 Kelley Drive<br>Fairfax VA 22030 | Freedom Bank<br>10555 Main Street<br>Suite 550<br>Fairfax, VA 22030 |
| FR Midlothian Properties, LLC<br>22714 Glenn Drive, Suite 130<br>Sterling, VA 20164 | Freedom Bank<br>10555 Main Street<br>Suite 550<br>Fairfax, VA 22030 |
| David E. Nees<br>Carla Nees<br>10713 Kelley Drive<br>Fairfax VA 22030 | Sonabank, N.A.<br>10855 Fairfax Boulevard<br>Fairfax, VA 22030 |
| David E. Nees<br>Carla Nees<br>10713 Kelley Drive<br>Fairfax VA 22030 | Sonabank, N.A.<br>10855 Fairfax Boulevard<br>Fairfax, VA 22030 |
| David E. Nees<br>Carla Nees<br>10713 Kelley Drive<br>Fairfax VA 22030 | Winven Realty, LLC<br>10 Rye Ridge Plaza, Suite 200<br>Rye Brook, NY 10573-2828 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    Fitness Resource, Inc.
_____
           Debtor

Case No.    11-16630-BFK     

Chapter      11        

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 517,000.00 | | |
| B – Personal Property | YES | 3 | $ 6,364,956.48 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 6,618,433.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 115,726.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 34 | | $ 9,787,212.58 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 49 | $ 6,881,956.48 | $16,521,372.62 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-0320 - Adobe PDF

# United States Bankruptcy Court

### Eastern District of Virginia

In re    Fitness Resource, Inc.                                    Case No.    11-16630-BFK

Debtor

Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30372-301X-03210 - Adobe PDF

In re ___Fitness Resource, Inc._____    Case No. ___11-16630-BFK_____
            **Debtor**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                            Debtor

Date _____    Signature: _____
                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
    Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___Fitness Resource, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___51___ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___9/27/11_____    Signature: ___/s/ David E. Nees_____

                                                    ___DAVID E. NEES_____
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.