UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: FITNESS RESOURCE, INC.                    Case Number 11-16630-BFK

                                            Chapter 11

Debtor(s)

ORDER CONTINUING HEARING ON
DEBTOR'S MOTION TO REJECT UNEXPIRED LEASES

Upon the Motion of the Debtor to reject certain unexpired real property leases, it is hereby

ORDERED that the hearing on the Motion be, and the same hereby is, continued from October 4, 2011 at 11:00 a.m. to October 18, 2011 at 11:00 a.m. with respect to the following leases:

| Other Parties to Lease | Description of Leased Premises |
|---|---|
| Zebra Properties LLC<br>P.O. Box 420066<br>Atlanta, GA 30342 | 2979 Peachtree Road<br>Atlanta, GA 30305 |
| JWW, LLC of Chantilly<br>7740 Legere Court<br>McLean, VA 22102 | 14008 Lee Jackson Highway<br>Chantilly, VA 20501 |
| York and Park Associates<br>1258 Henry Street<br>Baltimore, MD 21230 | 9709 York Road<br>Cockeysville, MD 21045 |
| Mill Creek DEI, LLC<br>6200 Dutchmans Lane<br>Suite 3307<br>Louisville, KY 40205 | 3310 Buford Drive<br>Buford, GA 30519 |
| KR Smoketown Station, LP<br>3333 New Hyde Park Rd., Suite 100<br>P.O. Box 5020<br>New Hyde Park, NY 1102-0020 | 13900 Shoppers Way<br>Woodbridge, VA 22192 |
| Jefferson Joint Venture<br>11201 Rockville, Pike, Third Level | 12232 Rockville Pike<br>Rockville, MD 20852 |

1

North Bethesda, MD 20895

8334 Leesburg Pike Associates  
5869 Westheimer Road  
Houston, TX 77057-5616

8334-A Leesburg Pike  
Vienna, VA 22182

TransDulles 22714 Glenn LLC  
c/o Duke Realty Corporation  
ATTN: VP, Property Management  
4909 Seminary Road, Suite 3205  
Alexandria, VA 22311

22714 Glenn Drive  
Sterling, VA 20164

Floors USA, Inc.  
21031 Tripleseven Road  
Sterling, VA  20165

36.7% portion of  
21031 Tripleseven Road  
Sterling, VA 20165

Mattress Discount Group LLC  
14008 Lee Jackson Highway  
Chantilly, VA 20151

26.7% portion of  
14008 Lee Jackson Highway  
Chantilly, VA 20151

Date: _____  
_____

_____  
Brian F. Kenney  
United States Bankruptcy Judge

Entered on Docket: _____

We ask for this:

\_\_\_/s/ Kermit A. Rosenberg_____  
Kermit A. Rosenberg  
Butzel Long Tighe Patton, PLLC  
1747 Pennsylvania Avenue, N.W., Suite 300  
Washington, D.C. 20006-4604  
Virginia State Bar No. 14975  
Telephone: 202.454.2800  
Proposed Counsel for Fitness Resource, Inc.

Copies to:

2

Kermit A. Rosenberg, Esquire